Elizabeth A. JOHNSON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Department of the Army, Intervenor.

No. 2008-3083.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2008.

M. Jefferson Euchler, Law Office of M. Jefferson Euchler, of Virginia Beach, VA, argued for petitioner.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, and Stephanie M. Conley, Acting Assistant General Counsel.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. of counsel was Louise A. Schmidt, Chief, Civilian Personnel Branch, United States Army Legal Services Agency, of Arlington, VA.

NEWMAN, MAYER and LOURIE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.